UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIO MARSHALL #370796                                CIVIL ACTION

versus                                                NO. 07-321

LYNN COOPER                                           SECTION: "J" (3)

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Report and Recommendation , hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Mario Marshall** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 8th day of February, 2008.

UNITED STATES DISTRICT JUDGE